# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KROHN AND MOSS, LTD.,**
Appellant,

v.

**TOMEIKO SHULONDA EVANS** and **NISSAN NORTH AMERICA, INC.,**
Appellees.

No. 4D19-3527

[November 19, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis B. Keyser, Judge; L.T. Case No. 50-2018-CA-005579-XXXX-MB.

Emily Lora Mallor of Krohn and Moss, Ltd., Chicago, Illinois, for appellant.

Loren W. Fender of Bowman and Brooke LLP, Miami, for appellee Nissan North America, Inc.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***